DECIDED JUNE 17, 1983.

*James B. Drew, Jr.,* for appellants.
*N. Karen Deming, Robert L. Pennington, Scott S. Edwards, Jr., Jerry L. Gentry, James W. Friedewald* for appellees.

## 66467. IN RE M. G.

McMURRAY, Presiding Judge.

This appeal was taken from a decision by a juvenile court awarding custody of a minor child. *Held:*

The subject matter of this case falls within the purview of OCGA § 5-6-35 (formerly Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620)) in that it involves a judgment "awarding . . . child custody." Since no application for appellate review was filed as required, appellant has failed to comply with the requirements of OCGA § 5-6-35 (Code Ann. § 6-701.1), supra, and the appeal must be dismissed for lack of jurisdiction. *Evans v. Davey,* 154 Ga. App. 269 (267 SE2d 875); *Morgan v. Morgan,* 154 Ga. App. 595 (270 SE2d 94).

*Appeal dismissed. Shulman, C. J., and Birdsong, J., concur.*

DECIDED JUNE 17, 1983.

*Walter J. Lane, Jr.,* for appellant.
*William F. Ladson, Jr.,* for appellee.

## 65376. ROBERTS v. THE STATE.

CARLEY, Judge.

The instant case is a companion case to *Teague v. State,* 165 Ga. App. 470 (301 SE2d 667) (1983). Appellant and his co-defendant Teague were convicted of burglary, possession of a firearm during the commission of a crime, and a violation of the Georgia Controlled Substances Act. Appellant appeals from the denial of his motion for a new trial.

1. Appellant enumerates the general grounds as to his conviction for burglary and possession of a firearm during the commission of a crime. With regard to the burglary conviction,